IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CORE COMMUNICATIONS, INC.,
CORETEL DELAWARE, INC., CORETEL
NEW JERSEY, INC., CORETEL VIRGINIA,
LLC and CORETEL WEST VIRGINIA, INC.,

        Plaintiffs,

    v.

AT&T CORP.,

        Defendant.

Civil Action No. 2:21-cv-02771-JDW

Hon. Joshua D. Wolson

**JOINT STIPULATION TO CONTINUE**
**PRETRIAL CONFERENCE SCHEDULED FOR FEBRUARY 24, 2022**

Pursuant to Local Rule 7.4(b), plaintiffs Core Communications, Inc. and the other Core entities,[1] and defendant AT&T Corp., by and through their undersigned counsel, hereby stipulate and agree to continue the parties' February 24, 2022 Pretrial Conference to a date that is both convenient for the Court and falls either during the period from March 1 through March 4 or during the period from March 22 through April 1. In further support of this stipulation, the parties state as follows:

1.      On January 31, 2022, the Court ordered lead counsel to appear for a Pretrial Conference on February 24, 2022. (Dkt. 35).

2.      The date of the Pretrial Conference conflicts with a long-planned trip plaintiffs' lead counsel is taking to visit extended family.

3.      In addition, defendant's lead counsel has a pre-planned trip scheduled for the week of March 14, and defendant's local counsel has a trial scheduled for the week of March 7.

4.      Accordingly, the parties have agreed upon, and respectfully request the Court to

---

[1] CoreTel Delaware, Inc., CoreTel New Jersey, Inc., CoreTel Virginia, LLC and CoreTel West Virginia, Inc.

approve, continuing the Pretrial Conference to a date that falls either during the period from March 1 through March 4 or during the period from March 22 through April 1. Lead counsel for plaintiff and defendant are both available during these periods of time.

5.      Consistent with the Court's January 31 Order (Dkt. 35), the parties have further agreed to file their Joint Rule 26(f) Report at least seven (7) days prior to the rescheduled Pretrial Conference and to exchange initial disclosures at least one (1) business day in advance of the rescheduled Pretrial Conference.

6.      The Parties have not sought any prior continuances in this case.

WHEREFORE, the parties respectfully request that the Court enter and approve this stipulation.

Respectfully submitted,

| | |
|---|---|
| _/s/ Lauren J. Coppola_ | _/s/ John P. Morgenstern_ |
| Lauren J. Coppola (*pro hac vice*) | John P. Morgenstern |
| lcoppola@robinskaplan.com | JMorgenstern@ohaganmeyer.com |
| Timothy Wenger (*pro hac vice*) | O'Hagan Meyer, PLLC |
| twenger@robinskaplan.com | 1717 Arch Street, Suite 3910 |
| Robins Kaplan LLP | Philadelphia, PA 19103 |
| 800 Boylston Street, Suite 2500 | Tel: 215.461.3301 |
| Boston, MA 02199 | Fax: 215.461.3311 |
| (617) 267-2300 | |

Mark D. Bradshaw, Esquire
Attorney I.D. No. 61975
mdb@stevenslee.com
Michael A. Gruin, Esquire
Attorney I.D. No. 78625
Stevens Lee, P.C.
mag@stevenslee.com
17 North Second Street, 16th Floor
Harrisburg, PA 17101
(717) 255-7357

Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Deepika R. Daggubati (*pro hac vice*)
ddaggubati@sidley.com
Sidley Austin LLP
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Tel: 214.981.3300
Fax: 214.981.3400

*Attorneys for Plaintiffs*                    *Attorneys for Defendant AT&T Corp.*

Dated: February 4, 2022

**APPROVED BY THE COURT:**

_____
**Honorable Joshua D. Wolson**