IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORE COMMUNICATIONS, INC., et al.,**  *Plaintiffs*,  v.  **AT&T CORP.,**  *Defendant*. | Case No. 2:21-cv-02771-JDW |

### ORDER

**AND NOW**, this 17th day of February, 2023, upon consideration of Defendant AT&T Corp.'s Brief In Support Of Its Motion For Resolution Of Outstanding Discovery Issues (ECF No. 76), and following a conference call with Counsel for the Parties, it is **ORDERED** as follows:

1. With respect to Issue No. 1 (Core's Call Detail Records Production), the Motion is **DENIED AS MOOT IN PART**, where Core represented that it provided AT&T with at least some data field headers. To the extent that Core has additional data field headers to provide, the Motion is **GRANTED IN PART**, and on or before February 24, 2023, Core shall either: (a) provide the additional data field headers to AT&T, or (b) facilitate a technical call between the Parties to resolve the issue;

2. With respect to Issue No. 2 (Core's Interrogatory Responses Re: Customer Call Flows), the Motion is **DENIED WITHOUT PREJUDICE AS MOOT**;

3. With respect to Issue No. 3 (Core's Interrogatory Responses and Rule 26(a) Disclosures Re: PIU Data From AT&T), the Motion is **GRANTED**, and Core shall amend its Interrogatory responses and Rule 26(a) disclosures by February 24, 2023;

4. With respect to Issue No. 4 (Core's Outstanding Document Production), the Motion is **DENIED WITHOUT PREJUDICE AS MOOT**;

5. On February 28, 2023, the Parties shall submit a joint letter via email to [chambers_of_judge_wolson@paed.uscourts.gov](mailto:chambers_of_judge_wolson@paed.uscourts.gov), setting forth the status of any open and/or unresolved issues in this matter; and

6. The Court will hold a telephone status conference with Counsel for the Parties on March 2, 2023 at 2:00 p.m. The Court will provide a dial-in conference number in advance of the call.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.