IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORE COMMUNICATIONS, INC., et al.,**  *Plaintiffs*,  v.  **AT&T CORP.,**  *Defendant*. | Case No. 2:21-cv-02771-JDW |

## ORDER

**AND NOW**, this 23rd day of March, 2023, upon consideration of Plaintiffs Core Communications, Inc., CoreTel Delaware, Inc., CoreTel New Jersey, Inc., CoreTel Virginia, LLC, and CoreTel West Virginia, Inc.'s Brief Regarding Burden To Demonstrate Fraud (ECF No. 66) (which I construe as a Motion to resolve the burden issue), Defendant AT&T Corp.'s Motion For Resolution Of Burden Of Proof Issues (ECF No. 67), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that both Motions are **GRANTED IN PART** and **DENIED IN PART**, consistent with the analysis set forth in my Memorandum.

It is **FURTHER ORDERED** that each Party shall bear its respective burden, as set forth in the Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.