IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORE COMMUNICATIONS, INC., et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**AT&T CORP.,**<br><br>*Defendant*. | **Case No. 2:21-cv-02771-JDW** |

### ORDER

**AND NOW**, this 13th day of October, 2023, upon consideration of AT&T Corp.'s Motion For Summary Judgment (ECF No. 93), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that AT&T's Motion is **GRANTED**.

It is **FURTHER ORDERED** that Core's Motion For Partial Summary Judgment (ECF No. 90), which is duplicative of its Motion For Judgment on Partial Findings (ECF No. 89) is **DENIED AS MOOT**, given my ruling on AT&T's Motion For Summary Judgment and in light of the fact that I should have stricken the Motion when and for the same reason I struck the ECF No. 89.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.